In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of HENRY W. KING, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; FRANCIS KING et al., as Executors, etc., Respondents.

*Matter of King,* 71 App. Div. 581, affirmed.
(Argued October 7, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1902, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Henry W. King, deceased.

*W. E. Kisselburgh, Jr.,* and *H. Louis Jacobson* for appellant.

*Clarence E. Thornall* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.